FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ FEB 13 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LEON KORNEGAY,

                Plaintiff,

-against-

HORIZON FOODS INC., et al.,

                Defendants.
----------------------------------------------------------x
FEUERSTEIN, J.

**MEMORANDUM AND ORDER**

11-CV-5578 (SJF)

On November 14, 2011, pro se plaintiff Leon Kornegay ("plaintiff") commenced this action, alleging employment discrimination in violation of various federal statutes. [Docket Entry No. 1]. Plaintiff has submitted a partially-completed application to proceed in forma pauperis, [Docket Entry No. 2], and has not paid the filing fee. By letter dated December 5, 2011, the Court Clerk's Office informed plaintiff that: (1) his application to proceed in forma pauperis was incomplete, and (2) that he had not submitted a "right to sue" letter. [Docket Entry No. 6]. The letter directed plaintiff to submit a completed in forma pauperis application and a copy of his "right to sue" letter within fourteen (14) days. Although more than fourteen (14) days have elapsed, plaintiff has not filed any of the missing information.

The Court is unable to determine whether plaintiff is entitled to proceed in forma pauperis. Accordingly, this action is dismissed without prejudice and without reaching the merits of plaintiff's claims. The Clerk of Court shall serve a copy of this order upon the pro se plaintiff and shall record such service on the docket.

**SO ORDERED.**

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: February 13, 2011
Central Islip, New York